B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of California

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):**<br>JCK Hotels, LLC, formerly known as Mira Mesa Hotels, LLC | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>26-1307534 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>9880 and 9888 Mira Mesa Blvd.<br>San Diego, CA<br>ZIP Code: 92131 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | 9880 & 9888 Mira Mesa Blvd<br>San Diego, CA 92131 |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1)(4/10)           Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **JCK Hotels, LLC, formerly known as Mira Mesa Hotels, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)     (Date) |
|---|---|

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)            Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **JCK Hotels, LLC, formerly known as Mira Mesa Hotels, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br> Signature of Debtor <br><br> **X** _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X**    **/s/ William M. Rathbone** <br> Signature of Attorney for Debtor(s) <br><br> **William M. Rathbone 95864** <br> Printed Name of Attorney for Debtor(s) <br><br> **Gordon & Rees LLP** <br> Firm Name <br><br> **101 W. Broadway, Suite 1600** <br> **San Diego, CA 92101** <br><br> _____ <br> Address <br><br> **(619) 696-6700  Fax: (619) 696-7124** <br> Telephone Number <br><br> **June 3, 2011** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> **X** _____ <br><br> _____ <br> Date <br><br> Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X**    **/s/ Charles Jung** <br> Signature of Authorized Individual <br><br> **Charles Jung** <br> Printed Name of Authorized Individual <br><br> **Managing Member** <br> Title of Authorized Individual <br><br> **June 3, 2011** <br> Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   **JCK Hotels, LLC, formerly known as Mira Mesa Hotels, LLC**                     Case No. _____
                                                    Debtor(s)                            Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

   Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **3 in 1 Construction**<br>**11610 Compass Point Dr. N 88**<br>**San Diego, CA 92126** | **3 in 1 Construction**<br>**11610 Compass Point Dr. N 88**<br>**San Diego, CA 92126** | | | **89,944.00** |
| **City Treasurer TOT CS**<br>**Attn: T.O.T. Desk**<br>**P O Box 122289**<br>**San Diego, CA 92112-2289** | **City Treasurer TOT CS**<br>**Attn: T.O.T. Desk**<br>**P O Box 122289**<br>**San Diego, CA 92112-2289** | | | **28,009.43** |
| **City Treasurer TOT CS**<br>**Attn: T.O.T. Desk**<br>**P O Box 12289**<br>**CA 92212-2289** | **City Treasurer TOT CS**<br>**Attn: T.O.T. Desk**<br>**P O Box 12289**<br>**CA 92212-2289** | | | **16,009.29** |
| **Energy Smart Lodging**<br>**4561 Mimosa Drive**<br>**Yorba Linda, CA 92886** | **Energy Smart Lodging**<br>**4561 Mimosa Drive**<br>**Yorba Linda, CA 92886** | | | **2,500.00** |
| **First Insurance Funding Corp**<br>**P O box 66468**<br>**Chicago, IL 60666-0468** | **First Insurance Funding Corp**<br>**P O box 66468**<br>**Chicago, IL 60666-0468** | | | **7,998.89** |
| **Guest Supply**<br>**P O Box 910**<br>**Monmouth Junction, NJ 08852-0910** | **Guest Supply**<br>**P O Box 910**<br>**Monmouth Junction, NJ 08852-0910** | | | **2,210.04** |
| **Guest Supply**<br>**P O Box 910**<br>**Monmouth Junction, NJ 08852-0910** | **Guest Supply**<br>**P O Box 910**<br>**Monmouth Junction, NJ 08852-0910** | | | **11,855.21** |
| **Hospitality Plus, Inc**<br>**33171 Camino Capistrano**<br>**San Juan Capistrano, CA 92675** | **Hospitality Plus, Inc**<br>**33171 Camino Capistrano**<br>**San Juan Capistrano, CA 92675** | | | **44,233.62** |
| **Hubert Company**<br>**P O Box 631642**<br>**Cincinnati, OH 45263-5960** | **Hubert Company**<br>**P O Box 631642**<br>**Cincinnati, OH 45263-5960** | | | **3,534.49** |
| **Innkeepers Telecom**<br>**Quality Suites**<br>**P O Box 15662**<br>**Anaheim, CA 92803** | **Innkeepers Telecom**<br>**Quality Suites**<br>**P O Box 15662**<br>**Anaheim, CA 92803** | | | **3,100.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **JCK Hotels, LLC, formerly known as Mira Mesa Hotels, LLC**  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Otis Elevator (fmr Amtech) QS 323680 P O Box 73579 Chicago, IL 60673-7579 | Otis Elevator (fmr Amtech) QS 323680 P O Box 73579 Chicago, IL 60673-7579 | | | 4,085.47 |
| Otis Elevator (fmr Amtech) HIX 322693 P O Box 73579 Chicago, IL 60673-7579 | Otis Elevator (fmr Amtech) HIX 322693 P O Box 73579 Chicago, IL 60673-7579 | | | 3,347.21 |
| Pacific Western Bank Pyaments P O Box 131207 Carlsbad, CA 92013-1207 | Pacific Western Bank Pyaments P O Box 131207 Carlsbad, CA 92013-1207 | | | 69,476.34 |
| Phillip Martin Architect 2800 Scenic Blvd. Modesto, CA 95355 | Phillip Martin Architect 2800 Scenic Blvd. Modesto, CA 95355 | | | 23,699.80 |
| Procopio 525 B Street, Ste 2200 San Diego, CA 92101 | Procopio 525 B Street, Ste 2200 San Diego, CA 92101 | | | 33,829.86 |
| Schmidt Fire Protection Co. 4760 Murphy Canyon Rd. San Diego, CA 92123 | Schmidt Fire Protection Co. 4760 Murphy Canyon Rd. San Diego, CA 92123 | | | 9,982.00 |
| SkyRiver Comm SR0004665HIX 9370 Chesapeke Dr. #150 San Diego, CA 92123 | SkyRiver Comm SR0004665HIX 9370 Chesapeke Dr. #150 San Diego, CA 92123 | | | 2,592.00 |
| U S Food Service, Inc. QS P O Box 100131 Pasadena, CA 91189-0131 | U S Food Service, Inc. QS P O Box 100131 Pasadena, CA 91189-0131 | | | 11,795.95 |
| United Rentals 12206 Industry Rd Lakeside, CA 92040 | United Rentals 12206 Industry Rd Lakeside, CA 92040 | | | 3,270.26 |
| Van Cao 2300 Commonwealth Alhambra, CA 91803 | Van Cao 2300 Commonwealth Alhambra, CA 91803 | | | 60,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **JCK Hotels, LLC, formerly known as Mira Mesa Hotels, LLC**  
           Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 3, 2011**         Signature **/s/ Charles Jung**  
                                                **Charles Jung**  
                                                **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
3 in 1 Construction
11610 Compass Point Dr. N 88
San Diego, CA 92126


Automobile Club of SoCal
A-327
P O Box 25001
Santa Ana, CA


California Hotel and Lodging
414 29th St
Sacramento, CA 95812-2007


City Treasurer TOT CS
Attn: T.O.T. Desk
P O Box 122289
San Diego, CA 92112-2289


City Treasurer TOT CS
Attn: T.O.T. Desk
P O Box 12289
CA 92212-2289


Dunn-Edwards Paints
4885 E 52nd Place
Los Angeles, CA 90058-5507


Ecolab
P O Box 100512
Pasadena, CA 91189-0512


Energy Smart Lodging
4561 Mimosa Drive
Yorba Linda, CA 92886


First Insurance Funding Corp
P O box 66468
Chicago, IL 60666-0468
```

Guest Supply
P O Box 910
Monmouth Junction, NJ 08852-0910


Hospitality Plus, Inc
33171 Camino Capistrano
San Juan Capistrano, CA 92675


Hubert Company
P O Box 631642
Cincinnati, OH 45263-5960


Innkeepers Telecom
Holiday Inn Express
P O Box 15662
Anaheim, CA 92803


Innkeepers Telecom
Quality Suites
P O Box 15662
Anaheim, CA 92803


Otis Elevator (fmr Amtech)
QS 323680
P O Box 73579
Chicago, IL 60673-7579


Otis Elevator (fmr Amtech)
HIX 322693
P O Box 73579
Chicago, IL 60673-7579


Pacific Western Bank
Pyaments
P O Box 131207
Carlsbad, CA 92013-1207

Phillip Martin Architect
2800 Scenic Blvd.
Modesto, CA 95355


Procopio
525 B Street, Ste 2200
San Diego, CA 92101


Schmidt Fire Protection Co.
4760 Murphy Canyon Rd.
San Diego, CA 92123


Simplex Grinnell HIX
Dept CH
10320 Palatine
Palatine, IL 60055-0320


SkyRiver Comm
SR003605HIX
9370 Chesapeke Dr. #150
San Diego, CA 92123


SkyRiver Comm
SR0004665HIX
9370 Chesapeke Dr. #150
San Diego, CA 92123


Televue
126796
P O Box 890115
Charlotte, NC 28289-0115


U S Food Service, Inc.
QS
P O Box 100131
Pasadena, CA 91189-0131

United Rentals
12206 Industry Rd
Lakeside, CA 92040


Van Cao
2300 Commonwealth
Alhambra, CA 91803


Verizon Wireless
P O Box 9622
Mission Hills, CA 91346-9622


Waffles of California
P O Box 1448
Brea, CA 92822