CSD 1181 [10/17/05]
Name, Address, Telephone No. & I.D. No.

K&L Gates LLP
Sue J. Hodges (SBN 137808)
3580 Carmel Road, Suite 200
San Diego, California 92130
Telephone:  858.509.7433  / Facsimile:  858.509.7459

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
JCK HOTELS, LLC, formerly known as Mira Mesa Hotels, LLC,

BANKRUPTCY NO.  11-09428-LA11

Tax I.D.(EIN)#: XX-XXX7534 /S.S.#:XXX-XX-_____  Debtor.

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

        **YOU ARE HEREBY NOTIFIED** that on September 15, 2011            , at     2:00p .m., in Department  2 , Room  118 , of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of LBUBS 2005-C2 MIRA MESA LIMITED PARTNERSHIP    , for [check the appropriate box]:

[ ✓ ]    Dismissal of a chapter 7, 11 or 12 case;

[   ]    Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

[   ]    Allowance of [interim] [final] compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by Federal Rule of Bankruptcy Procedure 2002(c)(2)];

[   ]    Appointment of a trustee in a chapter 11 case; or

[   ]    Other [specify the nature of the matter]:

        If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

        Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" St., San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: July 11, 2011

/s/ Sue J. Hodges
[Attorney for] Moving Party

[1]If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.
CSD 1181

CSD 1181 (Page 2) [10/17/05]

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __11th__ day of __July_____, I served a true copy of the within NOTICE OF MOTION AND HEARING by [describe here mode of service]

    Hand Delivery, Electronic Mail and U.S. First Class Mail as noted below and on the attached service list.

on the following persons [set forth name and address of each person served] and/or as checked below:

[✓]    Attorney for Debtor (if required):

Served via Hand Delivery
Attorney for the Debtor:
Daniel Silva, Esq.
William M. Rathbone, Esq.
Gordon & Rees LLP
101 West Broadway, Suite 1600
San Diego, CA 92101

Mailing Information for Case 11-09428-LA11
Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case.

Sue J. Hodges    sue.hodges@klgates.com
Leib M. Lerner    leib.lerner@alston.com
William M. Rathbone    wrathbone@gordonrees.com, jmydlandevans@gordonrees.com
Daniel Silva    dsilva@gordonrees.com
United States Trustee    ustp.region15@usdoj.gov
Jeanne Wanlass    jeanne.wanlass@usdoj.gov, ustp.region15@usdoj.gov;shannon.m.vencill@usdoj.gov; tiffany.l.carroll@usdoj.gov

See attached list for mode of service and addresses for additional served parties.

[✓]  For Chpt. 7, 11, & 12 cases:    [ ]  For ODD numbered Chapter 13 cases:    [ ]  For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE    THOMAS H. BILLINGSLEA, JR., TRUSTEE    DAVID L. SKELTON, TRUSTEE
Department of Justice    530 "B" Street, Suite, 1500    525 "B" Street, Suite 1430
402 West Broadway, Suite 600    San Diego, CA 92101    San Diego, CA 92101-4507
San Diego, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __July 11, 2011_____    __/s/ Melanie Butler_____
       (Date)    (Typed Name and Signature)

    __K&L Gates, 3580 Carmel Road, Suite 200__
    (Address)

    __San Diego, California 92130_____
    (City, State, ZIP Code)

CSD 1181

## SERVICE LIST

| | |
|---|---|
| United States Trustee<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, California 92101 | Served via Electronic Mail |
| Leib M. Lerner<br>Alston & Bird LLP<br>333 S. Hope Street, 16th Floor<br>Los Angeles, California 90071-1410 | Served via Electronic Mail |
| Jeanne Wanlass<br>Office of the United States Trustee<br>402 W. Broadway, Suite 600<br>San Diego, California 92101 | Served via Electronic Mail |
| William M. Rathbone, Esq.<br>Daniel Silva, Esq.<br>Gordon & Rees LLP<br>101 W. Broadway, Suite 2000<br>San Diego, California 92101 | Served via Personal Service |
| 3 in 1 Construction<br>11610 Compass Point Drive, No. 88<br>San Diego, California 92126 | Served via U.S. Mail |
| Airgas West<br>P.O. Box 7423<br>Pasadena, California 91109 | Served via U.S. Mail |
| All About Travel<br>5331 Johnson Drive<br>Mission, Kansas 66205 | Served via U.S. Mail |
| American Hotel Register Co.<br>16458 Collections Center Drive<br>Chicago, Illinois 60693 | Served via U.S. Mail |
| Amex Finance Center<br>HARC 24-01-09<br>P.O. Box 53688<br>Phoenix, Arizona 85072 | Served via U.S. Mail |
| Andavo Travel<br>5680 Greenwood Plaza Blvd.<br>Englewood, Colorado 80111 | Served via U.S. Mail |
| AS Hospitality<br>3493 Lamar Avenue<br>Memphis, Tennessee 38118 | Served via U.S. Mail |
| Asian Journal<br>550 East 8th Street, Suite 6<br>National City, California 91950 | Served via U.S. Mail |

| | |
|---|---|
| Automobile Club of SoCal<br>A-327<br>P.O. Box 25001<br>Santa Ana, California 92799-5001 | Served via U.S. Mail |
| BCD Travel<br>6 Concourse Parkway NE, 12th Floor<br>Atlanta, Georgia 30328 | Served via U.S. Mail |
| C & P Enterprise, LLC<br>11217 Golden Birch Way<br>San Diego, California 92121 | Served via U.S. Mail |
| California Hotel & Lodging<br>414 29th Street<br>Sacramento, California 95812-2007 | Served via U.S. Mail |
| Cardmember Services<br>P.O. Box 790408<br>Saint Louis, Missouri 63179-0408 | Served via U.S. Mail |
| Charles Jung<br>15 Blue Anchor Cay Road<br>Coronado, California 92118 | Served via U.S. Mail |
| Choice Hotels International<br>P.O. Box 99992<br>Chicago, Illinois 60696 | Served via U.S. Mail |
| Citi Wide 1868<br>P.O. Box 2069<br>El Cajon, California 92021 | Served via U.S. Mail |
| City of San Diego<br>P.O. Box 129030<br>San Diego, California 92112-9030 | Served via U.S. Mail |
| City of San Diego – Water<br>HIX 7195179038<br>Customer Services Section<br>P.O. Box 129020<br>San Diego, California 92187 | Served via U.S. Mail |
| City Treasurer T.O.T. CS<br>Attn:  T.O.T. Desk<br>P.O. Box 12289<br>San Diego, California 92212-2289 | Served via U.S. Mail |
| Commtrak<br>17493 Nassau Commons<br>Lewes, Delaware 19958 | Served via U.S. Mail |
| Consolidated International Corporation<br>2500 Hoover Avenue, Suite A<br>National City, California 91950 | Served via U.S. Mail |
| Dae Huyn Kim, CPA<br>7550 Dagget Street, Suite 201<br>San Diego, California 92111 | Served via U.S. Mail |

| | |
|---|---|
| Department of Alcoholic Beverages<br>3927 Lennane Drive, Suite 100<br>Sacramento, California 95834 | Served via U.S. Mail |
| Department of Industrial Relations<br>Labor Law Enforcement<br>1550 West Main Street<br>El Centro, California 92243-2105 | Served via U.S. Mail |
| Division of Labor Standards Enforcement<br>7575 Metropolitan Drive, Suite 210<br>San Diego, California 92108-4424 | Served via U.S. Mail |
| Dong Chun Kim<br>P.O. Box 1474<br>Carmel by the Sea, California 93921 | Served via U.S. Mail |
| Dow Jones & Co.<br>P.O. Box 30<br>Chicopee, Massachusetts 01021 | Served via U.S. Mail |
| Dun & Bradstreet<br>Attn: Lynne Roberts, 2nd Floor<br>3501 Corporate Parkway<br>P.O. Box 520<br>Center Valley, Pennsylvania 18034-0520 | Served via U.S. Mail |
| Dunn-Edwards Paints<br>4885 E. 52nd Place<br>Los Angeles, California 90058-5507 | Served via U.S. Mail |
| Ecolab<br>P.O. Box 100512<br>Pasadena, California 91189-0512 | Served via U.S. Mail |
| Energy Smart Lodging<br>4561 Mimosa Drive<br>Yorba Linda, California 92886 | Served via U.S. Mail |
| FCM Bannockburn Travel<br>2101 Waukegan Road, Suite 300<br>Deerfield, Illinois 60015 | Served via U.S. Mail |
| First Insurance Funding Corporation<br>P.O. Box 66468<br>Chicago, Illinois 60666-0468 | Served via U.S. Mail |
| Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, California 94257-0631 | Served via U.S. Mail |
| Franchise Tax Board<br>Attn: Bankruptcy<br>P.O. Box 2952<br>Sacramento, California 95812-2952 | Served via U.S. Mail |
| Guest Supply<br>P.O. Box 910<br>Monmouth Junction, New Jersey 08852-0910 | Served via U.S. Mail |

| | |
|---|---|
| Harris County<br>Attorney John P. Dillman<br>P.O. Box 3064<br>Houston, Texas 77253-3064 | Served via U.S. Mail |
| Haulaway Storage Containers<br>P.O. Box 186<br>Stanton, California 90680 | Served via U.S. Mail |
| Hospitality Plus, Inc.<br>33171 Camino Capistrano<br>San Juan Capistrano, California 92675 | Served via U.S. Mail |
| Hubert Company<br>P.O. Box 631642<br>Cincinnati, Ohio 45263-5960 | Served via U.S. Mail |
| Innkeepers Telecom<br>Holiday Inn Express<br>P.O. Box 15662<br>Anaheim, California 92803 | Served via U.S. Mail |
| Innkeepers Telecom<br>Quality Suites<br>P.O. Box 15662<br>Anaheim, California 92803 | Served via U.S. Mail |
| Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, Pennsylvania 19101-7317 | Served via U.S. Mail |
| IRS – Insolvency Division<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | Served via U.S. Mail |
| International Hotel Group<br>P.O. Box 101074<br>Atlanta, Georgia 30392-1074 | Served via U.S. Mail |
| Leib M. Lerner<br>c/o Holiday Hospitality Franchising, Inc.<br>Alston & Bird LLP<br>333 S. Hope Street, 16th Floor<br>Los Angeles, California 90071-1410 | Served via U.S. Mail |
| Nam Y. Kim<br>P.O. Box 1474<br>Carmel by the Sea, California 93921 | Served via U.S. Mail |
| Otis Elevator<br>QS 323680<br>P.O. Box 73579<br>Chicago, Illinois 60673-7579 | Served via U.S. Mail |
| Otis Elevator<br>HIX 322693<br>P.O. Box 73579<br>Chicago, Illinois 60673-7579 | Served via U.S. Mail |

| | |
|---|---|
| Otis Elevator Company<br>Attn:  Treasury Services<br>Credit/Collections – 1st Floor<br>1 Farm Springs<br>Farmington, Connecticut 06032 | Served via U.S. Mail |
| Pacific Western Bank<br>P.O. Box 131207<br>Carlsbad, California 92013-1207 | Served via U.S. Mail |
| Phillip Martin Architect<br>2800 Scenic Blvd.<br>Modesto, California 95355 | Served via U.S. Mail |
| Procopio Hargreaves & Savitch<br>525 "B" Street, Suite 2200<br>San Diego, California 92101 | Served via U.S. Mail |
| Richard and Grace Choe<br>11217 Golden Birch Way<br>San Diego, California 92121 | Served via U.S. Mail |
| Sarach Jung<br>15 Blue Anchor Cay Road<br>Coronado, California 92118 | Served via U.S. Mail |
| Schmidt Fire Protection Company<br>4760 Murphy Canyon Road<br>San Diego, California 92123 | Served via U.S. Mail |
| Sharper Image<br>C/O GE Capital<br>P.O. Box 31001-0271<br>Pasadena, California 91110-0271 | Served via U.S. Mail |
| Simplex Grinnell HIX<br>Dept CH<br>10320 Palatine<br>Palatine, Illinois 60055-0320 | Served via U.S. Mail |
| SkyRiver Comm<br>SR003605HIX<br>9370 Chesapeake Drive, Suite 150<br>San Diego, California 92123 | Served via U.S. Mail |
| SkyRiver Comm<br>SR0004665HIX<br>9370 Chesapeake Drive, Suite 150<br>San Diego, California 92123 | Served via U.S. Mail |
| State Board of Equalization<br>P.O. Box 942879<br>Sacramento, California 94279-0001 | Served via U.S. Mail |
| Televue<br>126796<br>P.O. Box 890115<br>Charlotte, North Carolina 28289-0115 | Served via U.S. Mail |

| | |
|---|---|
| Televue<br>4191 Fayetteville Road<br>Raleigh, North Carolina 27603-3605 | Served via U.S. Mail |
| US Food Service, Inc.<br>QS<br>P.O. Box 100131<br>Pasadena, California 91189-0131 | Served via U.S. Mail |
| United Rentals<br>12206 Industry Road<br>Lakeside, California 92040 | Served via U.S. Mail |
| U.S. Securities and Exchange Commission<br>Attn:  Bankruptcy Counsel<br>5670 Wilshire Blvd., 11th Floor<br>Los Angeles, California 90036-5627 | Served via U.S. Mail |
| Van Cao<br>2300 Commonwealth<br>Alhambra, California 91803 | Served via U.S. Mail |
| Verizon Wireless<br>P.O. Box 9622<br>Mission Hills, California 91346-9622 | Served via U.S. Mail |
| Waffles of California<br>P.O. Box 1448<br>Brea, California 92822 | Served via U.S. Mail |
| World Travel Service, Inc.<br>10201 Parkside Drive<br>Knoxville, Tennessee 37922 | Served via U.S. Mail |