|   |   |
|---|---|
| 1 | **K&L GATES LLP**<br>Sue J. Hodges (SBN 137808) |
| 2 | 3580 Carmel Road, Suite 200<br>San Diego, California  92130 |
| 3 | Telephone:     858.509.7433<br>Facsimile:      858.509.7459 |
| 4 | Email:           sue.hodges@klgates.com |
| 5 |   |
| 6 | Attorneys for Secured Creditor<br>LBUBS 2005-C2 MIRA MESA LIMITED<br>PARTNERSHIP |
| 7 |   |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 11-09428-LA11 |
|---|---|
| JCK HOTELS, LLC, formerly known as Mira Mesa Hotels, LLC,<br><br>                Debtor. | **MOTION FOR ORDER DISMISSING THE BANKRUPTCY CASE OF JCK HOTELS, LLC, FORMERLY KNOWN AS MIRA MESA HOTELS, LLC PURSUANT TO 11 U.S.C. § 1112(B)**<br><br>Date:     September 15, 2011<br>Time:    2:00 p.m.<br>Dept:     2, Room 118<br>Judge:   Hon. Louise DeCarl Adler |

**TO THE HONORABLE LOUISE DECARL ADLER, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, DEBTOR AND DEBTOR'S COUNSEL:**

Secured creditor LBUBS 2005-C2 Mira Mesa Limited Partnership ("Secured Creditor"), will and hereby does move for entry of an order dismissing the Bankruptcy Case of JCK Hotels, LLC, formerly known as Mira Mesa Hotels, LLC ("Debtor") pursuant to 11 U.S.C. § 1112(b) because the petitioner is not authorized to initiate this proceeding.

The Motion is made on the grounds that pursuant to state law and the terms of the Debtor's Limited Liability Company Operating Agreement ("Operating Agreement"), the Manager lacked the authority to initiate the bankruptcy proceeding. Additionally, the petition was filed in bad faith and is therefore subject to dismissal.

The Motion is supported by the Memorandum of Points and Authorities, Declaration of Solomon Garber, all pleadings on file in this case, and oral argument as may be presented at the hearing on this Motion.

Respectfully submitted,

K&L GATES LLP

Dated: July 11, 2011    By: /s/ *Sue J. Hodges*
                                    Sue J. Hodges

Attorneys for Secured Creditor
LBUBS 2005-C2 MIRA MESA LIMITED PARTNERSHIP

OC-192212 v1