TENTATIVE RULING

Debtor: JCK HOTELS, LLC, FORMERLY KNOWN AS MIRA MESA HOTELS, LLC
Number: 11-09428-LA11

Hearing: 02:30 PM   Thursday, July 14, 2011

Motion: FINAL HEARING RE: DEBTOR'S FIRST DAY MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL (fr. 6/16/11)

Motion for Use of Cash Collateral **APPROVED** on final basis.   Unopposed.

Hearing vacated.   No appearances necessary.   Counsel to prepare an order authorizing use of cash collateral forthwith.